## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3261 | **DATE** | 10/3/2007 |
| **CASE TITLE** | Clarence Shed vs. 1555 Astor Place Condo Association | | |

**DOCKET ENTRY TEXT**

Status hearing held. This case is dismissed with prejudice and without costs, with leave to reinstate in thirty days if settlement is not consummated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|